# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Rex Allen Frederickson, | ) | |
| | ) | |
| Petitioner, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Illinois State, Secretary of State, | ) | Case No. 4:15-cv-064 |
| | ) | |
| Respondent. | ) | |

The Clerk's office is directed to seal attachments 4, 5, and 6 to petitioner's habeas corpus petition (Docket Nos. 1-4, 1-5, and 1-6) as they contain sensitive personal information.

**IT IS SO ORDERED.**

Dated this 27th day of May, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court